UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARON JACKSON,

    Petitioner,

v.

    Case Number 07-11808-BC
    Honorable Thomas L. Ludington

BLAINE LAFLER,

    Respondent.

_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

On July 29, 2010 the Court issued an opinion and order denying Petitioner Aaron Jackson's application for a writ of habeas corpus. The Court also denied Petitioner a certificate of appealability because jurists of reason would not find the Court's conclusions debatable or wrong. *See* 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b). On August 18, 2010, Petitioner filed a motion for a certificate of appealability, which will be construed as a motion for reconsideration of the Court's earlier decision. *See* E.D. Mich. L.R. 7.1(h).

Petitioner contends that reasonable jurists could disagree with the Court's conclusion as to Petitioner's Fourth Amendment and ineffective assistance of counsel claims. *See Miller-El v. Cockrell*, 537 U.S. 322, 335–37 (2003) (setting forth the standard for issuance of a certificate of appealability). Petitioner has not, however, provided any new information or argument to support his assertions. Rather, he "merely present[s] the same issues ruled upon by the court" in the earlier motion. E.D. Mich. L.R. 7.1(h)(3). Generally, such motions will not be granted. *Id.* Indeed, to prevail, motions for reconsideration must "demonstrate a palpable defect by which the court and the parties . . . [were] misled" and that "correcting

the defect will result in a different disposition of the case." Because Petitioner has not met that burden, the motion will be denied.

Accordingly, it is **ORDERED** that Petitioner's motion for a certificate of appealability [Dkt. # 20] is **DENIED**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: August 30, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 30, 2010.

s/Tracy A. Jacobs  
TRACY A. JACOBS