UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARON JACKSON,

    Petitioner,

v.

    Case Number 07-11808-BC
    Honorable Thomas L. Ludington

BLAINE LAFLER,

    Respondent.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

On July 29, 2010, the Court issued an opinion and order denying Petitioner Aaron Jackson's application for a writ of habeas corpus. The Court also denied Petitioner a certificate of appealability and leave to proceed in forma pauperis on appeal. *See* 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b), 24(a)(3)(A). Nevertheless, on August 18, 2010, Petitioner filed a motion for a certificate of appealability, which was construed as a motion for reconsideration of the Court's earlier decision. *See* E.D. Mich. L.R. 7.1(h). The motion was denied on August 30, 2010 because petitioner had not provided new information or argument to support his assertion that jurists of reasons would find this Court's conclusions debatable or wrong. *See* E.D. Mich. L.R. 7.1(h)(3)

On September 2, 2010, Petitioner filed yet another motion for a certificate of appealability. Like the earlier motion, it will be construed as a motion for reconsideration. E.D. Mich. L.R. 7.1(h). A motion for reconsideration will be granted only if the moving party demonstrates "a palpable defect by which the court and the parties . . . [were] misled [and] that correcting the defect will result in a different disposition of the case." *Id.* Petitioner's motion merely restates the arguments raised in his initial petition and again in his earlier motion for a certificate of appealability. It does not identify a palpable defect in the Court's analysis of those issues or demonstrate that correcting the

defect would result in a different disposition of the case.

Accordingly, it is **ORDERED** that Petitioner's motion for a certificate of appealability [Dkt. # 25] is **DENIED**.

> s/Thomas L. Ludington
> THOMAS L. LUDINGTON
> United States District Judge

Dated: April 7, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and on Aaron Jackson, #203381, at Carson City Correctional Facility, 10522 Boyer Road , Carson City, MI 48811 by first class U.S. mail on April 7, 2011.

s/Tracy A. Jacobs
TRACY A. JACOBS